UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SAMPSON RIPPLE WELKE,

    Plaintiff,

v.

                    Case No. 22-cv-242-pp

THE WHITE HOUSE RESTAURANT,
and ALLISON MARIE MEINHARDT,

    Defendants.

---

### ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSING CASE

---

The parties have filed a joint motion for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 21. The court **GRANTS** the motion to dismiss and orders that this case is **DISMISSED WITH PREJUDICE** and without attorneys' fees or costs to any party.

Dated in Milwaukee, Wisconsin this 28th day of September, 2022.

                    **BY THE COURT:**

                    _____
                    **HON. PAMELA PEPPER**
                    **Chief United States District Judge**